IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



ROY L. PERRY-BEY, *et al.*,

    Plaintiffs,

vs.        ACTION NO:2:19cv344(RAJ)

MARK T. ESPER, *et al.*,

    Defendants.

## AFFIDAVIT OF DAV NEAL C. MORRISON, JR IN SUPPORT OF COMPLAINT

DAV Neal C. Morrison, being duly sworn, deposes and states as follows:

1. I am a veteran in support of the above stated action.

2. I am a citizen who resides in the State of Virginia, and suffered military or active duty service connected injury or diseases.

3. I have personal knowledge of Defendants actions complained of in the above cause of action.

4. I enlisted into the U. S. Army from 05/28/1976 until 03/28/1985.

5. I have suffered unnecessarily from service connected ailments of severe PTSD due to an exercise(War Games) a tank accidently drove over a cliff and Landed upside down. The tank Commander was pinned under the tank. I and a few other Soldiers were at his side for over eight hours, talking with him and trying

to keep him calm. All the time he was dying before our eyes, screaming for help, and bleeding to death. There wasn't anything we could do to help him from being penned within the tank. And this has caused me severe PTSD of flashback, nightmares, anxiety, deep depression that I care to be rid of.

6. There was another risk that I was engaged within at a great physical and personal risk that continues to have me as suffering with PTSD as mentioned above, that was that I was involved with the personal Court Martial of a group of drug dealers, that were Active-Duty-Personnel.

Each of them personally vowed to take their revenge out on me and my family. No Matter how long it would take them. These men said they are coming after me and My family for placing them in the Military Prison. I live in fear of my life and The lives of my family, because these men are out of prison by now which frightens me to no end.

7. I find myself dreaming about the episodes that I endured while enlisted in the U. S. Army and I have been diagnosed with Schizoaffective Disorder, Hypertension and allergic Rhinitic. I have taken several medications for all my conditions over the years. And due to my medical service connected ailments, I need assistance with my daily activities due to my wife not being able to assist me due to ailments.

8. I have applied for my VA Claim for VA Benefits, however, I have been

AFFIDAVIT OF NEAL C. MORRISION – CASE NO.: 2:19cv344

**Page 3**

continuously denied with the appropriate medical reports within my service records. I cannot understand how I have been denied over, over, over, and over again which has made my conditions to worsen over the years of trying to acquire what I deserve for me and my family since I can't obtain any type of employment since my last employment with the James J. Peters VA Medical Center located, 130 W. Kingsbridge Road, Bronx, NY 10468(718) 589-9000.

Respectfully,

*Neal C. Morrison, Jr.*

DAV Neal C. Morrison, Jr.

3504 Executive Drive, apt 302

Chesapeake, VA 23321

(757) 324-9065

SWORN TO AND SUBSRIBED BEFORE ME, this day 28th day of July 2019.

*Joseph Deon Lee*
NOTARY PUBLIC

My Commission Expires:

August 31, 2021

City/County of Chesapeake
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 28th day of July, 2019
by Neal C. Morrison
Joseph Deon Lee Notary Public
Reg. # 7286715 Com. Exp. August 31, 2021

JOSEPH DEON LEE
NOTARY PUBLIC
REGISTRATION # 7286715
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
08/31/2021